IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KERNEISHA BAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-078 |
| | ) | |
| AUGUSTA UNIVERSITY; THE BOARD | ) | |
| OF REGENTS OF THE UNIVERSITY | ) | |
| SYSTEM OF GEORGIA; GLENN | ) | |
| POWELL; DEBRA ARNOLD; | ) | |
| ANTOINETTE LEWIS; RICKEY MOSLEY, | ) | |
| JR.; and MARC DOUGLAS GLENN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's Complaint for failure to state a claim upon which relief can be

granted, and **CLOSES** this civil action.

SO ORDERED this 12th day of November, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA