AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KERNEISHA BAUER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-078

AUGUSTA UNIVERSITY; THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GLENN POWELL; DEBRA ARNOLD; ANTOINETTE LEWIS; RICKEY MOSLEY, JR.; and MARC DOUGLAS GLENN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 12, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted, and this civil action stands CLOSED.

11/12/2020
Date



John E. Triplett, Acting Clerk
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020